AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
ERNESTO GUTIERREZ RUVALCABA

Defendant(s)

Case No. 2:26-mj-06068-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/3/24, 3/5/24 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(f) | False Claim to U.S. Cittizenship to Vote |
| ~~52 U.S.C. § 20511(2)(A)~~ | ~~Fraudulent Voter Registration~~ |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Mark Williams, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:01 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Mark Williams, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for ERNESTO GUTIERREZ RUVALCABA ("RUVALCABA") for a violation of 18 U.S.C. § 1015(f) (False Claim to U.S. Citizenship to Vote) ~~and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration)~~. MW

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been since January 2024. During my HSI experience, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. At the Federal Law Enforcement Training Center, I completed the Criminal Investigator Training Program with 480 hours of training, and the HSI Special Agent training with

another 480 hours of training. Prior to becoming a federal law enforcement officer, I was a State of Maryland Police Officer for five years.

5. As part of my official duties as a Special Agent with HSI, I investigate matters concerning bulk cash smuggling, narcotics trafficking, human smuggling, weapons trafficking, Drug Trafficking Organizations, Transnational Criminal Organizations ("TCOs"), wire fraud, money laundering, and other crimes. I have participated in various aspects of criminal investigations, including telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, controlled deliveries, Under Cover Operations, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in investigating financial crimes. I have also interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit financial crimes.

6. Based upon my experience and training with HSI as well as conversations I have had with agents and law enforcement officers who specialize in TCO investigations, bulk cash smuggling investigations and alien smuggling investigations, I am familiar with the methods utilized to investigate these crimes.

## III. STATEMENT OF PROBABLE CAUSE

7. Department of Homeland Security ("DHS") records reveal that RUVALCABA was born on February XX, 1969, in Tepatitlan, Mexico, and is a native and citizen of Mexico, who

entered the United States in 1974 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

8. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for RUVALCABA with fraud indicators that RUVALCABA either registered to vote, has voted, or both.

9. During the HSI investigation of RUVALCABA, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number A XXXXXX749 in the name "RUVALCABA" with a date of birth of February XX, 1969, country of birth and citizenship as Mexico. This record includes a photograph of the person which SAs recognize to be RUVALCABA. This recognition is based on my comparison to other law enforcement photographs of RUVALCABA. This record also lists additional identifying information for RUVALCABA to include a physical address: XXXX Bay View Ave, Wilmington, CA 90744, a telephone number ending in -7502, an email of bigheadXXXX@XXXXX.com, and date of birth of February XX, 1969.

10. Immigration documentation, specifically Form N-400 records for RUVALCABA, also lists his birth country and citizenship as Mexico, and contains a Social Security number ending in -3429 and a driver's license number CXXXX049.

11. SAs also conducted record checks through the

California Department of Motor Vehicles and confirmed that driver's license number CXXXX049 is associated with the name "RUVALCABA" and is associated with the same address on XXXX Bay View Ave, Wilmington, CA 90744. The latest issue date of this record is 01/14/2022, and it contained a photograph which SAs believe depicts RUVALCABA based on SAs' comparisons to pictures, and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as February XX, 1969, and contains an image of RUVALCABA's signature.






12. During the HSI investigation of RUVALCABA, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for RUVALCABA associated with the same address on XXXX Bay View Ave, Wilmington, CA 90744.

13. In September 2026, SAs received a certified voter registration application number XXXXX6995, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "RUVALCABA" and lists

the same address on XXXX Bay View Ave, Wilmington, CA 90744. Under the application question of "I am a U.S. citizen…" the box "yes" is checked off. A warning message to the right of the box states "If 'No,' you CANNOT Register."



California
Voter Registration/Pre-Registration Application
LOS ANGELES COUNTY

You can also register to vote online at RegisterToVote.ca.gov.

1 Qualifications

| | | |
|---|---|---|
| I am a U.S. citizen and resident of California | ☒ Yes ☐ No | If "No," you CANNOT register. |
| I am 18 or older | ☒ Yes ☐ No | Only choose one. |
| I am 16 or 17 and want to pre-register | ☐ Yes ☐ No | |

2 Your legal name

First: Ernesto

Last: Ruvalcaba

14. Following a declaration under penalty of perjury warning, the voter registration application is signed and dated February 3, 2024.



Affidavit

You must sign in the red box for your registration to be complete.

I swear or affirm that:

10 X [signature] 02 / 03 / 2024

Signature Date Signed Month Day Year

15. The voter application also provided the following for RUVALCABA:

a. California ID number DL #CXXXX049
b. Date of birth as 02/XX/1969
c. Place of birth as Mexico
d. "SSN4" as -3429
e. Phone number as (ending in)-7502
f. Email as bigheadXXXX@XXXXX.com

16. The signature supplied by the voter and attached to voter application number XXXXXX995 is in the name of RUVALCABA and appears to match RUVALCABA's signature on his California driver's license dated 01/26/2022.

17. The records from the Los Angeles County Registrar's Office show that RUVALCABA voted in a presidential primary election by mail-in ballot on or around March 5, 2024.

18. The records also show that RUVALCABA voted in the general election in person on November 5, 2024 in Wilmington, California.

19. Additionally, SAs have reviewed DHS records to determine whether RUVALCABA has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do not show RUVALCABA ever seeking naturalization and filing an N-400 application.

20. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an

individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

21. Based on the foregoing, I believe there is probable cause to believe that RUVALCABA knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(f) ~~and 52 U.S.C. § 20511(2)(A)~~. MW

/s/

MARK WILLIAMS, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE